

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | | |
|---|---|---|
| IN RE DMCA SUBPOENA TO | : | Case No. |
| | : | **MC-14-00042-PHX** |
| | : | DECLARATION OF |
| | : | AARON M. MINC |
| | : | |
| | : | |

I, Jason D. Hochman, declare and testify as follow:

1. I am admitted to practice law in the State of Ohio. I represent John Giles ("Mr. Giles").

2. On behalf of Mr. Giles, I am seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identity of a person or entity who anonymously posted a photograph to which Mr. Giles owns the copyrights to without permission on to www.thedirty.com ("Anonymous User").

3. I have a good faith belief, based on the facts known to me, that Anonymous User is infringing on Mr. Giles' intellectual property rights.

4. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers and the information obtained therefrom will only be used for the purpose of protecting rights under 17 U.S.C. 101, et. seq.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June __, 2014.

_____
Aaron M. Minc, 0086718

STATE OF OHIO           )
                        )  ss.
COUNTY OF CUYAHOGA      )

On June 17, 2014, before me, personally appeared, Aaron M. Minc, personally known to me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal:

_____
Notary Public

My Commission Expires: _____

SUSAN A. OBOJSKI
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
May 10, 2015
Recorded in
Cuyahoga County